```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
RICKY CURTIS, pro se,                         :
                                              :
                Plaintiff,                    :        **ORDER**
                                              :
        -against-                             :        05-CV-3779 (DLI)(LB)
                                              :
UNITED STATES OF AMERICA,                     :
FEDERAL BUREAU OF PRISONS,                    :
                                              :
                Defendants.                   :
-------------------------------------------------------------x
```

**DORA L. IRIZARRY, U.S. District Judge:**

It appearing that no objections have been filed to the Report and Recommendation of the Honorable Lois Bloom, U.S.M.J., dated February 16, 2006; and

Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

ORDERED that the instant action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b); and it is further hereby

ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties.


DATED:     Brooklyn, New York
           March 13, 2006


                                        _____/s/_____
                                            DORA L. IRIZARRY
                                            United States District Judge