UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RICKY CURTIS, pro se,

                        Plaintiff,

   -against-

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS,

                       Defendants.
----------------------------------------------------------------X

JUDGMENT
05-CV- 3779 (DLI)

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on March 13, 2006, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated February 16, 2006, dismissing the action without prejudice pursuant to Fed. R. Civ. P. 41(b); it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted; and that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated: Brooklyn, New York
       March 14, 2006

                                                       ROBERT C. HEINEMANN
                                                     Clerk of Court